STATE OF NEW JERSEY v. GILBERT TOWNSEND.

March 12, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. GOINS.

March 12, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN J. CHONKA.

March 12, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP MARTIN RIVERS.

March 12, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. HERIBERTO CHINEA.

March 12, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. EARL CLARK.

March 12, 1974. Petition for certification denied.